UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TONY GRAY,

    Plaintiff,

v.                                        Case No. 5:18cv28-MCR-GRJ

BAY COUNTY SHERIFF'S OFFICE
AT BAY COUNTY JAIL, et al.,

    Defendants.
_____/

## ORDER

This cause is before the Court on consideration of the Magistrate Judge's Report and Recommendation dated March 19, 2018. ECF No. 4. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No timely objection has been filed, and after reviewing the Recommendation and the record, the Court has determined that the Report and Recommendation should be adopted.

Accordingly, it is ORDERED:

1. The Magistrate Judge's Report and Recommendation, ECF No. 4, is adopted and incorporated by reference in this Order.

2. The case is **DISMISSED** for failure to comply with a Court Order and for failure to prosecute.

3. The Clerk is directed to close the file.

**DONE AND ORDERED** this 16th day of April 2018.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**